**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**LEONARDO CAMPOS MOLINA**

**VERSUS**                                                  **CIVIL ACTION**

**U.S. IMMIGRATION AND CUSTOMS**                **No. 25-1040-BAJ-SDJ**
**ENFORCEMENT, ET AL.**

---

**ORDER**

**WHEREAS** legal mail sent from the Court to Petitioner has been returned to the Court as undeliverable (Docs. 23, 24, 25, 26), and

**WHEREAS** there is no pending motion to dismiss this case on account of Petitioner's release from custody, and

**WHEREAS** it is the stated policy of U.S. Immigration and Customs Enforcement to forward legal mail to a Petitioner who has been released from ICE custody or transferred to another facility,[1]

**IT IS ORDERED** that Respondents shall, within **7 days of this order**, file a **status update** regarding Petitioner's current detention status and whereabouts, date of transfer or release, and explaining why Petitioner's legal mail has been returned to the Court undelivered.

Signed in Baton Rouge, Louisiana, on June 4, 2026.

_Scott Johnson_
_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *Louisiana ICE Processing Center, Sending Items to Detainees*, ICE (June 4, 2026), https://www.ice.gov/detain/detention-facilities/louisiana-ice-processing-center ("When detainees depart the facility or are transferred to another facility, only their legal mail will be forwarded to them.").